1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10
11   CLYDE A. PRAY, JR.,                    )   NO. ED CV 06-0333 FMO
                                            )
12               Plaintiff,                 )
                                            )
13          v.                              )   **JUDGMENT**
                                            )
14   MICHAEL J. ASTRUE,                     )
     COMMISSIONER OF SOCIAL                 )
15   SECURITY ADMINISTRATION,               )
                                            )
16               Defendant.                 )
                                            )
17   ─────────────────────────────         )

18          **IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of

19   Sixteen-Thousand, Seven-Hundred, Seventy-Six dollars and thirteen cents ($16,776.13), pursuant

20   to 42 U.S.C. § 406(b).  In light of the previous payment of EAJA fees, Bill LaTour shall reimburse

21   plaintiff the amount of  Two-Thousand, Eight-Hundred, Sixty-Eight dollars and thirty-seven cents

22   ($2,868.37).

23   Dated this 17th day of July, 2009.

24                                                          /s/
                                                   Fernando M. Olguin
25                                              United States Magistrate Judge

26
27
28